IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ratliff, Adrian P

Printed: 11/25/08

Case Number: 07 B 12415
Judge: Squires, John H
Filed: 7/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 30, 2008
Confirmed: November 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,700.00 |  |
| Secured: |  | 608.32 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,814.00 |
| Trustee Fee: |  | 207.70 |
| Other Funds: |  | 2,069.98 |
| Totals: | 5,700.00 | 5,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,814.00 | 2,814.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 256.00 | 40.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 21,184.74 | 568.32 |
| 5. | Illinois Dept of Revenue | Priority | 1,259.47 | 0.00 |
| 6. | Internal Revenue Service | Priority | 7,828.48 | 0.00 |
| 7. | American General Finance | Unsecured | 650.82 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 1,311.56 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 47.39 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 25.00 | 0.00 |
| 11. | Capital One | Unsecured | 169.78 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 129.73 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 128.33 | 0.00 |
|  |  |  | $ 35,805.30 | $ 3,422.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 138.78 |
| 6.5% | 67.51 |
| 6.6% | 1.41 |
|  | $ 207.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ratliff, Adrian P

Printed: 11/25/08

Case Number:  07 B 12415
Judge:  Squires, John H
Filed:  7/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

